**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER ON MOTION FOR REHEARING OF OPINION ON EN BANC RECONSIDERATION

Appellate case name:     In the Interest of J.J.G., L.K.G., H.A.G., and A.G.G

Appellate case number:   01-16-00104-CV

Trial court case number: 2014-00610J

Trial court:             313th District Court of Harris County

Date motion filed:       October 2, 2017

Party filing motion:     M.G., appellant

It is ordered that the motion for rehearing is ☒ **DENIED** ☐ **GRANTED.**


Judge's signature: /s/_____Evelyn v. Keyes_____
☐ Acting Individually ☒ Acting for the Court

The en banc court consists of: Chief Justice Radack and Justices Jennings, Keyes, Higley, Bland, Massengale, Brown, Lloyd, and Caughey. Justice Jennings voted to grant the motion for the reasons expressed in his dissenting opinion.


Date: __November 14, 2017_____